webteam_web@wieb.uscourts.gov
Case: 22-23500

Ann-Marie; Retzlaff
c/o Dave Retzlaff
E5386 Highway V
Reedsburg, Wisconsin 53959
Affadavit of Truth

August 22, 2022

I retain my Right of redress of government and the right to correct errors. All my rights remain/stay invoked and none are waived. In accordance with Article I, Section 8, clause 17; I am not United States property and I am a free inhabitant.

My rights to life, liberty, property, and the pursuit of happiness are God-given, un-a-lienable rights set forth in Genesis.

The receivership has prevented me from accessing nearly all of my financial records and accounts and I can not access ANY of my business accounts. All financial information is estimated and I reserve the right to amend and correct in the future as this becomes known.

©2022 All rights reserved.

| | |
|---|---|
| **From:** | <scanner@csmpl.org> |
| **To:** | Webteam Wieb; anniescampground@protonmail.com |
| **Subject:** | Scanned image from MX-3570V |
| **Date:** | Monday, August 22, 2022 3:02:03 PM |
| **Attachments:** | MX-3570V_20220822_145913.pdf |

CAUTION - EXTERNAL:

Reply to: <scanner@csmpl.org> <<scanner@csmpl.org>>
Device Name: Not Set
Device Model: MX-3570V
Location: Not Set

File Format: PDF MH(G3)
Resolution: 200dpi x 200dpi

Attached file is scanned image in PDF format.
Use Acrobat(R)Reader(R) or Adobe(R)Reader(R) of Adobe Systems Incorporated to view the document.
Adobe(R)Reader(R) can be downloaded from the following URL:
Adobe, the Adobe logo, Acrobat, the Adobe PDF logo, and Reader are registered trademarks or trademarks of Adobe Systems Incorporated in the United States and other countries.

    http://www.adobe.com/

CAUTION - EXTERNAL EMAIL: This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.