| | |
|---|---|
| **From:** | Phillip Hanley <phanley@hanleylawgroup.com> |
| **Sent:** | Wednesday, August 24, 2022 11:31 AM |
| **To:** | Webteam Wieb; AnniesCampground; Phillip Hanley |
| **Subject:** | How can the Stay not affect this? Judge took back Jurisdiction. |
| **Attachments:** | order authorizing the sale-8-23-2022.pdf; Notice of BK with stamp file copy-8-19-2022.pdf |

CAUTION - EXTERNAL:

*Phillip Francis Hanley Living man- One of the People.*

*Hanley Law Group-NonProfit-Private Company Case Manager - Arbitration*

*phanley@hanleylawgroup.com*
**801-305-4299 X 101  Direct**
**888-726-9860 fax**

Make sure you continue to understand that all Rights STAY invoked and none waived ever. `"Article 1, section 8, clause 17; I'm not United States property and I'm a free inhabitant."`

*PER THE UNITED STATES SUPREME COURT REGARDING PRACTICE OF LAW:*

*1)  The practice of Law CANNOT be licensed by any state/State Schware v. Board of Examiners,* Wgl{evi$2Fsevh$ sj$l|eq mriwW797Y2%67<$67=-

5,Eurwkhukrrg riWudlqp hq y1Ylrjlqld h{uhdlYlrjlqld Vwdwh Edu+6::X1V14,>Jlghrq y1Z dlqzuljkw6:5X1V1 668>Dujhuvlrjhuy1Kdp dq/Vkhulii73:X1V175810lWdjdqwp d|ehdvvlwhg e|xqdfhqvhg ol|p dq gxulqj mxglflldosurfhhglqjv1

*3)  The practice of Law is AN OCCUPATION OF COMMON RIGHT!*
*Sims v. Aherns, 271 S.W. 720 (1925)* ****

We do Hire Attorneys, but I am not an Attorney, Be advised that nothing in this is to be considered legal or accounting advice.  $

This is private email message and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is for the sole use of the intended recipient. To all public servants: I accept your oath of office as your firm and binding contract between you and me, one of the People of Posterity, whereby in order to get paid for your work, you have promised to serve, protect, and defend my inalienable rights. Re: certificate of live birth (or Birth Certificate?)

"I, Phillip Francis Hanley, being of sound mind and having reached the age of majority, rescind, redact and revoke, ab initio, all express and implicit contracts, authorizations and powers of attorney"Fee pricing filed for public notice-Brown county, Greenbay Wisconsin

This is a private email message and any attachment(s) is covered by the Electronic Communications Privacy Act, 18 U.S.C. 2510-2521, and is for the sole use of the intended recipient. To all public servants: I accept your oath of office as your firm and binding contract between you and me, one of the People of Posterity, whereby in order to get paid for your work, you have promised to serve, protect, and defend my inalienable rights. All agents or informants working to monitor My email(s) and any other means of communication without My express written permission are barred from any use, disclosure, or distribution. I reserve all My rights without prejudice including all intellectual property rights. If you read any of the contents of My E-Mails, you agree to pay a user fee of $100,000.00 US payable in gold or silver coin, per hour or any fraction thereof, tracked by your IP address. You may contact us privately for questions or information, via Email: phanley@hanleylawgroup.com

ALL RIGHTS RESERVED

All Communication is SPECIAL, PRIVATE, CONFIDENTIAL, and PRIVILEGED without the consent or agreement of monitoring by any third party.

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.

FILED
08-23-2022
Clerk of Court
Shawano County, WI
2022CV000079

STATE OF WISCONSIN          CIRCUIT COURT          SHAWANO COUNTY

In re:

ANNIE'S CAMPGROUND LLC,                    Case No.:  22-CV-079

        Debtor.

## ORDER AUTHORIZING THE SALE OF SUBSTANTIALLY ALL OF DEBTOR'S ASSETS TO POSITIVE VENTURES, LLC FREE AND CLEAR OF ALL LIENS, CLAIMS, LEASEHOLD INTERESTS, AND ENCUMBRANCES

       This matter came before the Court for a hearing on August 23, 2022, on confirmation of the sale of substantially all of the assets of Annie's Campground LLC ("Annie's Campground") free and clear of all liens, claims, leasehold interests, and encumbrances. Seth E. Dizard (the "Receiver"), the Court-appointed receiver of Annie's Campground, appeared, Attorney David Pelletier appeared on behalf of Bank First (the "Bank"), and all other appearances were noted on the record. Based on the Receiver's Report of Sale, the information presented to the Court, the arguments presented at the hearing, and the file and pleadings in this matter,

### FINDINGS OF FACT

**THE COURT HEREBY FINDS** that:

1.      The Court has jurisdiction over this case pursuant to Wis. Stat. § 128.01.

2.     Under the circumstances of this case, due and proper notice of the proposed sale of the assets of Annie's Campground and the sale confirmation hearing was provided to the creditors and parties-in-interest of Annie's Campground.

3.     The Receiver seeks authority to sell substantially all of the assets of Annie's Campground, including but not limited to the real estate and improvements located at W12505 Roosevelt Road, Gresham, Wisconsin 54128 (the "Assets") to Positive Ventures, LLC (the "Buyer") free and clear of all liens, claims, leasehold interests, and encumbrances.

4.     The Receiver and Micoley and Co. a/k/a Realty Hive ("Micoley") marketed the Assets in a commercially reasonable manner.

5.     Micoley conducted a sealed bid auction of Assets. The deadline to submit sealed bids was August 19, 2022, at 12:00 p.m. Nine bidders submitted sealed bids for the Assets.

6.     Ultimately, the highest and best qualified bid the Receiver received for the Assets was the bid submitted by the Buyer in the amount of $2,053,900.00 (the "Winning Bid"). Subject to Court approval, the Receiver entered into an Asset Purchase Agreement with the Buyer to purchase the Assets subject to the terms of the Winning Bid.

7.     The Winning Bid is the best and highest qualified offer the Receiver and his agents have received for the Assets and is greater than the liquidation value of the Assets.

8.     The auction was conducted in a commercially reasonable manner and in accordance with the Auction Terms and Procedures and the prior orders of this Court.

9.     The Buyer and its principals have no relation to Annie's Campground or its principals, and the Winning Bid constitutes a commercially reasonable, arm's length sale of the Assets.

10.     Approval of the sale to the Buyer is in the best interests of Annie's Campground and its creditors.

11.     The Bank, which has a properly perfected, first priority lien on all assets of Annie's Campground, consents to the sale of the Assets to the Buyer pursuant to the terms of the Winning Bid.

## CONCLUSIONS OF LAW

1.     The sale of the Assets pursuant to the terms of the Winning Bid complies in all respects with Chapter 128 of the Wisconsin Statutes, the Auction Terms and Procedures, and prior orders of this Court.

2.     All objections to the sale of the Assets are hereby overruled on their merits.

3.     Upon closing, the sale of the Assets by the Receiver to the Buyer will constitute a valid, legal and enforceable transfer of all of the Receiver's and Annie's Campground's right, title, and interest in and to the Assets, free and clear of all security interests, liens, claims, leasehold interests, and encumbrances of any kind or nature.

Based upon the foregoing Findings of Fact and Conclusions of Law,

**IT IS HEREBY ORDERED** that:

1.     The Winning Bid is approved in all respects and the Receiver is authorized to close the proposed transaction with the Buyer, or an entity formed by the Buyer, without further notice or order of this Court.

2.     The Receiver is authorized to sell the Assets to the Buyer "AS IS, WHERE IS," and free and clear of any and all liens, claims, leasehold interests, and encumbrances, with any such liens, claims, leasehold interests, and encumbrances attaching to the proceeds of the sale to

the same extent and priority as they existed with respect to the Assets immediately prior to the sale.

3.    The Receiver is further authorized to execute and deliver to the Buyer any and all documents necessary or desirable to sell, transfer, and convey the Assets, subject only to receipt of the purchase price pursuant to the terms of the Winning Bid. The Receiver is further authorized to take any and all such actions and to execute any and all such other documents as will be consistent with and necessary or appropriate to implement, effectuate, or consummate the sale described above without further order of this Court.

4.    The Receiver is authorized, in his discretion, to alter non-economic terms of the sale, without further order of this Court, if such alterations have no adverse impact on creditors.

5.    Pursuant to this Court's prior order, the Receiver is authorized to immediately pay the following from the closing proceeds of the sale of the purchased Assets:

      A.    All outstanding personal property and real estate taxes, if applicable;

      B.    All necessary closing costs and customary prorations;

      C.    Micoley, the amount of its commission under his contract with the Receiver; and

      D.    The Bank, up to the amount of its secured claim.

6.    The Receiver shall hold the remaining balance of the sale proceeds, in trust, pending further order of the Court.

7.    Upon consummation of the sale of the Assets: (i) the Receiver, his agents, and Annie's Campground shall be relieved of any and all responsibility for the Assets, and each is discharged from any responsibilities regarding the Assets, except as specifically provided in the Asset Purchase Agreement; (ii) the Buyer, or an entity formed by the Buyer, will take, have, and

hold all rights in and title to the Assets free and clear of all pre-existing liens, claims, leasehold interests, and encumbrances of any kind or nature; and (iii) the Buyer, or an entity to be formed by the Buyer, shall not be liable for any of Annie's Campground's or the Receiver's debts, liabilities, or obligations of any kind or nature, absolute or contingent, known or unknown, except those expressly assumed in the Asset Purchase Agreement (if any).

8.     All security interests, liens, claims, leasehold interests, and encumbrances of any kind or nature shall be released from the Assets and attach to the proceeds of sale to the same extent and priority as they existed with respect to the Assets immediately prior to the closing.

9.     This is a final order, within the meaning of Wis. Stat. § 808.03, that is effective immediately upon entry. Any reversal or modification of this order on appeal shall not affect the validity of the sale contemplated hereby, unless the sale has been stayed pending appeal.

10.     This Court retains exclusive jurisdiction to interpret and enforce the provisions of this Order and to resolve any disputes with respect to the sale of the Assets by the Receiver.

→ fax to Clerk of Court 715 5264915
Re: Case 2021SH000707/2022CF000250
release of $/lek to Ritzlaff

→ And Clerk of court
• Showano County Clerk 715 5245157
Re: Property Dispute; 22CV79/Bankruptcy
22-23500-beh

# NOTICE OF BANKRUPTCY

This property is in dispute. This has

been a hostile takeover with

NO due process of law.

FILED
SHAWANO COUNTY

AUG 19 2022

CLERK OF COURT

------ Original Message ------
On Thursday, August 18th, 2022 at 3:51 PM, Annie'sCampground <AnniesCampground@protonmail.com> wrote:

I Ann Marie, Reidat, a live woman and living soul, the Sole Proprietor and Sole Owner of Annie's Campground LLC, Annie's Campground, Private Membership Association, Annie's Campground and Healing Resort Private Membership Association, hereby notices the Court of the filing of a bankruptcy proceeding in the United States Federal Bankruptcy Court, Eastern District of Wisconsin.

On August 9, 2022 Ann Marie Reidat filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the Eastern District of Wisconsin Case Number 22-23500-beh A copy of the Notice of Bankruptcy Case Filing is attached hereto as Exhibit A. As such the automatic stay imposed by 11 United States Code, Section 362 is in effect as to meet to discuss the possible resolutions.

I reserve the right to correct errors as more facts become available. I do not have access to my business, financial and/or most of my personal records and have estimated balances, values, dates etc. to the best of my ability. My intention, my business, my livelihood has ceased without due process of law, in jurisdictions unknown.

The initial bankruptcy court hearing is scheduled for September 8, 2022 at 10:30 a.m. via zoom. The call in number is 866-566-5992, passcode: 2795359. Trustee Paul G. Swanson Exhibit B.

Ann Marie Reidat/Annie's Campground respectfully requests that the court take notice of said Defendant's bankruptcy, and for such other and further relief as the Court deems just and proper.

/Original Autograph xed in Purple/
Ann Marie, Reidat
Sole Beneficiary, Fiduciary, Trustee

Sent with Protonmail secure email

## Notice of Bankruptcy Case Filing



**Bankruptcy Case Number 22-23500**
concerning the debtor(s) listed below was filed under
**Chapter 7** of the United States Bankruptcy Code on
**08/09/2022 at 11:13 AM** and entered into the Case
Management/Electronic Case Filing system on 08/09/2022
at 12:59 PM.

**Ann Marie Retzlaff**
c/o David Retzlaff
E5386 Highway V
Reedsburg, WI 53959
SSN / ITIN: xxx-xx-5528
Tax ID / EIN: 27-2553577
*fka* **Ann Marie Rigsby**
*fka* **Ann Marie Retzlaff Rigsby**
*dba* **Annie's Campground, LLC**
*dba* **Annie's Campground, PMA**

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions
against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or
not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a
debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to
determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at
our *Internet* home page www.wieb.uscourts.gov or at the Clerk's Office, Room 126, U.S. Courthouse, 517 East
Wisconsin Avenue, Milwaukee, WI 53202-4581 (414-297-3291).

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**JANET L. MEDLOCK**
**Clerk, U.S. Bankruptcy Court**

Exhibit A



| Information to identify the case: | | |
|---|---|---|
| Debtor 1: | **Ann Marie Retzlaff**<br>First Name  Middle Name  Last Name | Social Security number or ITIN: ▆5528<br>EIN:  27–2553577 |
| Debtor 2:<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN: _ _ _ - _<br>EIN:  __-_____ |
| United States Bankruptcy Court:  Eastern District of Wisconsin | | Date case filed for chapter:  7  8/9/22 |
| Case number:  **22–23500–beh** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline  10/20

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | Debtor's full name | Ann Marie Retzlaff | |
| 2. | All other names used in the last 8 years | dba Annie's Campground, PMA, dba Annie's Campground, LLC, fka Ann Marie Rigsby, fka Ann Marie Retzlaff Rigsby | |
| 3. | Address | c/o David Retzlaff<br>E5386 Highway V<br>Reedsburg, WI 53959 | |
| 4. | Debtor's attorney<br>Name and address | None | |
| 5. | Meeting of creditors<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 8, 2022 at 10:30 AM**<br><br>**BY TELEPHONE**<br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Trustee: Paul G. Swanson<br>Call in number: 866–556–9892<br>Passcode: 2799859 |

Debtor attorneys will be responsible for verifying both the debtors' photo ID and the debtors' social security number on the record. If you are a pro se debtor who appears by telephone, the trustee may require that you appear at a continued meeting in order to present your proof of identification and social security number and to affirm that you were the one who testified at the telephonic meeting.

For more information, see page 2 >

Official Form 309A (For Individuals or Joint Debtors) Notice of Chapter 7 Bankruptcy Case — No Proof of Claim Deadline  page 1



001063

7220400106401̇3

Case 22-23500-beh   Doc 19   Filed 08/24/22   Page 11 of 11