# United States Bankruptcy Court
# Eastern District of Wisconsin

*CHAMBERS OF*
**BETH E. HANAN**
*U.S. Bankruptcy Judge*

*126 U.S. Courthouse*
*517 East Wisconsin Avenue*
*Milwaukee, WI 53202-4581*
*(414) 290-2650*

August 25, 2022

Phillip Hanley
406 Henry Rd.
Hobart, WI 54155

   RE: *In re* Ann Marie Retzlaff
      Case No. 22-23500-beh

Dear Mr. Hanley,

  You filed correspondence on the docket in the above case on August 24 and August 25, 2022. You do not appear to be a creditor of the debtor. Your correspondence states you are not a lawyer, nor is there any notice of appearance filed by a lawyer seeking to represent the debtor in this matter. Therefore, the court will take no action on your correspondence.

  Moreover, the Court notes some unfounded statements contained in the later paragraphs of your printed email, including "To all public servants: … if you read any of the contents of My Emails, you agree to pay a user fee of $100,000.00 in gold or silver coin, per hour or any fraction thereof, tracked by your IP address…" This is a specious statement, and you are cautioned to refrain from any similar statements in any future document filed with the court. *See U.S. v. MacAlpine,* 2018 WL 6620889, at *5 (W.D.N.C. Dec. 18, 2018) (refusing to consider a "nonsensical" document appointing the U.S. Attorney as the defendant's trustee); *see also U.S. v. Kleensang,* 2012 WL 1869633 (D. Neb. April 12, 2012) (striking frivolous documents titled "Notice of Appointment of Fiduciary Debtor" as having no legal basis).

            Sincerely,

            Beth E. Hanan
            United States Bankruptcy Judge

cc: Paul Swanson, chapter 7 trustee (via ECF)
   Ann Marie Retzlaff