**USPS TRACKING #**

9590 9402 7659 2122 5435 09

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

[RECEIVED SEP -2 2022 United States Bankruptcy Court Mail stamp]

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. Bankruptcy Court
c/o Judge Hanan Chambers
517 E. Wisconsin Avenue
Milwaukee, WI 53202

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Phillip Hanley
406 Henry Rd.
Hobart, WI 54155

9590 9402 7659 2122 5435 09

2. Article Number (Transfer from service label)

7022 1670 0002 2159 8387

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name): PHILLIP HANLEY
C. Date of Delivery: 8-31-22

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053          Domestic Return Receipt